# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WALKER DIGITAL, LLC, | |
| Plaintiff, | Civil Action No. 10-1026 BMS |
| v. | JURY TRIAL DEMANDED |
| FACEBOOK, INC., | |
| Defendant. | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court, that the time for Defendant Facebook, Inc. to answer, move or otherwise respond to Plaintiff Walker Digital, LLC's Complaint for Patent Infringement is extended to and including January 14, 2011.

Dated: December 13, 2010

By: */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
Kenneth L. Dorsney (I.D. #3726)
Mary B. Matterer (I.D. #2696)
Amy A. Quinlan (I.D. #3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
*Attorneys for Plaintiff*
*Walker Digital, LLC*

By: */s/ Heidi L. Keefe*
Heidi L. Keefe
Mark R. Weinstein
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Phone: (650) 843-5000
hkeefe@cooley.com
mweinstein@cooley.com

Lowell D. Mead
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000
lmead@cooley.com
*Attorneys for Defendant,*
*Facebook, Inc.*

  **SO ORDERED** on this _____ day of _____, 2010.

                _____

                Hon. Berle M. Schiller
                United States District Judge