# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WALKER DIGITAL, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 10-1026 (BMS) |
| FACEBOOK, INC., | : |
| Defendant. | : |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Karen H. Bromberg, Sandra C. McCallion, Francisco A. Villegas, Damir Cefo, and Evan M. Rosenbaum of Cohen & Gresser LLP to represent Plaintiff Walker Digital, LLC in this matter.

Date: December 16, 2010

*/s/Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Phone: (302) 888-6800
rherrmann@morrisjames.com
*Attorneys for Walker Digital, LLC*

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____                   _____
                                   United States District Judge

00074969