**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| WALKER DIGITAL, LLC, | |
| Plaintiff, | Civil Action No. 10-1026 BMS |
| v. | JURY TRIAL DEMANDED |
| FACEBOOK, INC., | |
| Defendant. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court, that the time for Defendant Facebook, Inc. to answer, move or otherwise respond to Plaintiff Walker Digital, LLC's Complaint for Patent Infringement is extended to and including February 14, 2011.

Dated: January 14, 2011

By:    */s/ Richard K. Herrmann*
     Richard K. Herrmann (I.D. #405)
     Kenneth L. Dorsney (I.D. #3726)
     Mary B. Matterer (I.D. #2696)
     Amy A. Quinlan (I.D. #3021)
     MORRIS JAMES LLP
     500 Delaware Avenue, Suite 1500
     Wilmington, DE 19801
     (302) 888-6800
     rherrmann@morrisjames.com
     *Attorneys for Plaintiff*
     *Walker Digital, LLC*

By:    */s/ Heidi L. Keefe*
     Heidi L. Keefe
     Mark R. Weinstein
     COOLEY LLP
     3175 Hanover Street
     Palo Alto, CA 94304-1130
     Phone: (650) 843-5000
     hkeefe@cooley.com
     mweinstein@cooley.com

     Lowell D. Mead
     COOLEY LLP
     101 California Street, 5th Floor
     San Francisco, CA 94111-5800
     Phone: (415) 693-2000
     lmead@cooley.com
     *Attorneys for Defendant,*
     *Facebook, Inc.*

2

**SO ORDERED** on this _____ day of _____, 2011.

                                                                       _____
                                                                       Hon. Berle M. Schiller
                                                                       United States District Judge