## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | |
| Plaintiff, | Civil Action No. 10-1026 BMS |
| v. | JURY TRIAL DEMANDED |
| FACEBOOK, INC., | |
| Defendant. | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court, that the time for Defendant Facebook, Inc. to answer, move, or otherwise respond to Plaintiff Walker Digital, LLC's Complaint for Patent Infringement is extended to and including February 28, 2011.

2

Dated:  February 14, 2011

| | | | |
|---|---|---|---|
| By: | */s/Richard K. Herrmann* | By: | */s/ Heidi L. Keefe* |

      Richard K. Herrmann (I.D. #405)      Heidi L. Keefe
      Kenneth L. Dorsney (I.D. #3726)     Mark R. Weinstein
      Mary B. Matterer (I.D. #2696)       COOLEY LLP
      Amy A. Quinlan (I.D. #3021)         3175 Hanover Street
      MORRIS JAMES LLP               Palo Alto, CA 94304-1130
      500 Delaware Avenue, Suite 1500   Phone: (650) 843-5000
      Wilmington, DE  19801            hkeefe@cooley.com
      (302) 888-6800                      mweinstein@cooley.com
      rherrmann@morrisjames.com
      *Attorneys for Plaintiff*             Lowell D. Mead
      *Walker Digital, LLC*              COOLEY LLP
                                                   101 California Street, 5th Floor
                                                    San Francisco, CA  94111-5800
                                                    Phone:  (415) 693-2000
                                                    lmead@cooley.com
                                                    *Attorneys for Defendant,*
                                                    *Facebook, Inc.*

**SO ORDERED** on this _____ day of _____, 2011.

 

_____
                                                               Hon. Berle M. Schiller
                                                               United States District Judge