**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC, | : |
| Plaintiff, | : Civil Action No. 10-1026 BMS |
| v. | : JURY TRIAL DEMANDED |
| FACEBOOK, INC., | : |
| Defendant. | : |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court, that the time for Defendant Facebook, Inc. to answer, move, or otherwise respond to Plaintiff Walker Digital, LLC's Complaint for Patent Infringement is extended to and including March 18, 2011.

Dated: February 28, 2011

By:    */s/Richard K. Herrmann*
    Richard K. Herrmann (I.D. #405)
    Kenneth L. Dorsney (I.D. #3726)
    Mary B. Matterer (I.D. #2696)
    Amy A. Quinlan (I.D. #3021)
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE  19801
    (302) 888-6800
    rherrmann@morrisjames.com
    *Attorneys for Plaintiff*
    *Walker Digital, LLC*

By:    */s/ Heidi L. Keefe*
    Heidi L. Keefe
    Mark R. Weinstein
    COOLEY LLP
    3175 Hanover Street
    Palo Alto, CA 94304-1130
    Phone: (650) 843-5000
    hkeefe@cooley.com
    mweinstein@cooley.com

    Lowell D. Mead
    COOLEY LLP
    101 California Street, 5th Floor
    San Francisco, CA  94111-5800
    Phone:  (415) 693-2000
    lmead@cooley.com
    *Attorneys for Defendant*
    *Facebook, Inc.*

2

**SO ORDERED** on this _____ day of _____, 2011.

_____
Hon. Berle M. Schiller
United States District Judge