# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WALKER DIGITAL, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-1026 BMS |
| FACEBOOK, INC., | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court, that the time for Defendant Facebook, Inc. to answer, move, or otherwise respond to Plaintiff Walker Digital, LLC's Complaint for Patent Infringement is extended to and including April 4, 2011.

Dated:  March 18, 2011

By:   */s/ Richard K. Herrmann*
    Richard K. Herrmann (I.D. #405)
    Kenneth L. Dorsney (I.D. #3726)
    Mary B. Matterer (I.D. #2696)
    Amy A. Quinlan (I.D. #3021)
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE  19801
    (302) 888-6800
    rherrmann@morrisjames.com

    *Attorneys for Plaintiff*
    *Walker Digital, LLC*

By:   */s/ Steven L. Caponi*
    Steven L. Caponi (I.D. #3484)
    BLANK ROME LLP
    1201 Market Street
    Wilmington, DE  19801
    (302) 425-6400
    caponi@blankrome.com

    Dennis P. McCooe
    BLANK ROME LLP
    One Logan Square
    Philadelphia, PA 19103
    (215) 569-5500

    *Attorneys for Defendant*
    *Facebook, Inc.*

**SO ORDERED** on this _____ day of _____, 2011.

_____
Hon. Berle M. Schiller
United States District Judge