**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| WALKER DIGITAL, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-1026 BMS |
| FACEBOOK, INC., | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court, that the time for Defendant Facebook, Inc. to answer, move, or otherwise respond to Plaintiff Walker Digital, LLC's Complaint for Patent Infringement is extended to and including April 15, 2011.

Dated: April 1, 2011

By: /s/ Richard K. Herrmann
   Richard K. Herrmann (I.D. #405)
   Kenneth L. Dorsney (I.D. #3726)
   Mary B. Matterer (I.D. #2696)
   Amy A. Quinlan (I.D. #3021)
   MORRIS JAMES LLP
   500 Delaware Avenue, Suite 1500
   Wilmington, DE 19801
   (302) 888-6800
   rherrmann@morrisjames.com

   *Attorneys for Plaintiff*
   *Walker Digital, LLC*

By: /s/ Steven L. Caponi
   Steven L. Caponi (I.D. #3484)
   BLANK ROME LLP
   1201 Market Street
   Wilmington, DE 19801
   (302) 425-6400
   caponi@blankrome.com

   Dennis P. McCooe
   BLANK ROME LLP
   One Logan Square
   Philadelphia, PA 19103
   (215) 569-5500

   *Attorneys for Defendant*
   *Facebook, Inc.*

2

**SO ORDERED** on this _____ day of _____, 2011.

_____
Hon. Berle M. Schiller
United States District Judge