IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Civil Action No. 10-1026 (BMS) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Amy A. Quinlan is hereby withdrawn as counsel of record for Walker Digital, LCC ("Walker"). Walker continues to be represented by the law firms of Morris James LLP and Cohen & Gresser LLP.

Dated: May 11, 2011

/s/Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Walker Digital, LLC*

00074969