# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | : |
| Plaintiff, | : |
| V. | : Civil Action No. 10-1026 BMS |
| FACEBOOK, INC., | : |
| | : JURY TRIAL DEMANDED |
| Defendant. | : |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court, that the time for Defendant Facebook, Inc. to answer, move, or otherwise respond to Plaintiff Walker Digital, LLC's Complaint for Patent Infringement is extended to and including June 21, 2011.

Dated: June 13, 2011

By:  */s/ Richard K Herrmann*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Kenneth L. Dorsney (I.D. #3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
*Attorneys for Plaintiff*

By:  */s/ Steven L. Caponi*
Steven L. Caponi (I.D. #3484)
BLANK ROME LLP
1201 Market Street
Wilmington, DE 19801
(302) 425-6400
caponi@blankrome.com
Dennis P. McCooe
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
(215) 569-5500
*Attorneys for Defendant*

**SO ORDERED** on this _____ day of _____ ,2011.

_____
The Honorable Berle M. Schiller
United States District Judge