# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | : | |
| Plaintiff, | : | |
| V. | : | Civil Action No. 10-1026 BMS |
| FACEBOOK, INC., | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court, that the time for Defendant Facebook, Inc. to answer, move, or otherwise respond to Plaintiff Walker Digital, LLC's Complaint for Patent Infringement is extended to and including July 14, 2011.

Dated: July 11, 2011

By:   */s/ Richard K Herrmann*
     Richard K. Herrmann (I.D. #405)
     Kenneth L. Dorsney (I.D. #3726)
     Mary B. Matterer (I.D. #2696)
     Amy A. Quinlan (I.D. #302 1)
     MORRIS JAMES LLP
     500 Delaware Avenue, Suite 1500
     Wilmington, DE 19801
     (302) 888-6800
     rherrmann@morrisjames.com

     *Attorneys for Plaintiff*
     *Walker Digital, LLC*

By:   */s/ Steven L. Caponi*
     Steven L. Caponi (I.D. #3484)
     BLANK ROME LLP
     1201 Market Street
     Wilmington, DE 19801
     (302) 425-6400
     caponi@blankrome.com

     Dennis P. McCooe
     BLANK ROME LLP
     One Logan Square
     Philadelphia, PA 19103
     (215) 569-5500

     *Attorneys for Defendant*
     *Face book, Inc.*

**SO ORDERED** on this _____day of _____,2011.

_____
The Honorable Berle M. Schiller
United States District Judge